UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FRANK IGWEBUIKE ENWONWU,        )
                                )
            Petitioner          )
                                )        Civil Action No.
        v.                      )        05cv10511-WGY
                                )
MICHAEL CHERTOFF, SECRETARY     )
OF DEPARTMENT OF HOMELAND       )
SECURITY, ET AL.                )
                                )
            Respondents[1]      )


RESPONDENT'S NOTICE OF INTENT TO EXECUTE REMOVAL ORDER

Respondent hereby informs the Court of its intention to execute the final order of removal against petitioner **on February 4, 2005.**

Preparatory to petitioner's removal from the United States, he is scheduled to be **transported on April 11, 2005, to another location in the United States**. Respondent understands that any transportation of petitioner outside the district prior to petitioner's removal from the United States does *not* affect this Court's jurisdiction to enter any order, and arrangements have

---

[1] The responsive official of the Department of Homeland Security responsible for enforcement of petitioner's removal order in the instant action is Bruce Chadbourne, Field Office Director for Detention and Removal, Department of Homeland Security, Bureau of Immigration and Customs Enforcement ("ICE") in Boston, Massachusetts. See 28 U.S.C. § 517 (providing for the appearance of the Department of Justice "to attend to the interests of the United States in a suit pending in a court of the United States").

been made to facilitate immediate communication of any such order
of the Court.

                              Respectfully submitted,


                              MICHAEL J. SULLIVAN
                              United States Attorney

                        By:   s/Frank Crowley
                              FRANK CROWLEY
                              Special Assistant U.S. Attorney
                              Department of Homeland Security
                              P.O. Box 8728
                              J.F.K. Station
                              Boston, MA 02114
                              (617) 565-2415


## CERTIFICATE OF SERVICE

I hereby certify that I caused true copy of the above document to
be served upon counsel for petitioner by mail on March 28, 2005.


                              s/Frank Crowley
                              FRANK CROWLEY
                              Special Assistant U.S. Attorney
                              Department of Homeland Security
                              P.O. Box 8728
                              J.F.K. Station
                              Boston, MA 02114