UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In The Matter Of The Application Of:<br>**FRANK IGWEBUIKE ENWONWU**<br>Petitioner,<br><br>v.<br><br>**MICHAEL CHERTOFF**, Secretary Of Department Of Homeland Security, **BRUCE CHADBOURNE**, Interim Field Officer Director for Detention and Removal, Boston Field Office, Bureau of Immigration and Customs Enforcement, **DEPARTMENT OF HOMELAND SECURITY, ANDREA J. CABRAL**, Sheriff, Suffolk County House Of Correction<br><br>Respondents. | **CIVIL ACTION FILE NO:**<br>**05-10511 WGY** |

### EMERGENCY EX-PARTE MOTION FOR STAY OF DEPORTATION PURSUANT TO 8 U.S.C. §1252(b)(3)(B), (f)(1, 2)

**NOW COMES** Frank Igwebuike Enwonwu (hereinafter "Mr. Enwonwu" or "Petitioner"), through undersigned counsel, and hereby petitions this Honorable Court for an Emergency Ex-Parte Motion for Stay of Deportation based on the four-part algorithm used for preliminary injunctions. 8 U.S.C. §1252(b)(3)(B), (f)(1, 2); Arevalo v. Ashcroft, 344 F.3d 1 (1st Cir. 2003).

As grounds for relief, Mr. Enwonwu states as follows:

1. He properly filed a Writ of Habeas Corpus Petition ("Petition") with this Honorable Court on or about March 17, 2005.

2. The Petition asked for both a temporary and a permanent stay of deportation.

3. On or about March 23, 2005, the Department of Homeland Security ("DHS")

1

moved to unilaterally transfer Mr. Enwonwu from the Suffolk County House of Corrections in Boston (South Bay).

4. Mr. Enwonwu has a realistic chance of prevailing on his case.

5. If he were to be unceremoniously removed prior to the merits of his Petition, it would be an irreparable harm and manifest injustice to the Petitioner.

6. Counsel for Mr. Enwonwu is slated to leave the country (on his honeymoon) today, March 23 at 6:05 p.m. and return two weeks later. He will be unable to adequately defend his client and this would provide an unfair advantage to the other side during his absence.

7. Counsel for the Petitioner has no one else that could cover for him during this brief time.

8. It is in the interests of justice to allow counsel to return and continue arguing this case on the merits.

9. The DHS would not be prejudiced by a brief delay, especially given their inaction for the past six months.

WHEREFORE, the Petitioner respectfully requests this Honorable Court to ALLOW his Ex-parte Emergency Stay of Deportation.

          Respectfully submitted,
          FRANK IGWEBUIKE ENWONWU,

          By his attorney,

          Robert B. Carmel-Montes, Esq.
          The Carmel Law Group
          One Center Plaza, Suite 240
          Boston, MA 02108
          Tel. 617.227.6355
          BBO#: 639476

DATED: 3.23.05