# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

2005 APR 21  ⃞ 4: 59

| | |
|---|---|
| In The Matter Of The Application Of:<br>**FRANK IGWEBUIKE ENWONWU**<br>Petitioner,<br><br>v.<br><br>**MICHAEL CHERTOFF, Secretary Of Department Of Homeland Security, BRUCE CHADBOURNE, Interim Field Officer Director for Detention and Removal, Boston Field Office, Bureau of Immigration and Customs Enforcement, DEPARTMENT OF HOMELAND SECURITY, ANDREA J. CABRAL, Sheriff, Suffolk County House Of Correction**<br><br>Respondents. | **CIVIL ACTION FILE NO:**<br>**05-10511 WGY** |

## PETITIONER'S MOTION AND MEMORANDUM FOR
## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**NOW COMES** Frank Igwebuike Enwonwu (hereinafter "Mr. Enwonwu" or

"Petitioner"), through undersigned counsel, and hereby petitions this Honorable Court to

ALLOW his Writ of Habeas Corpus Ad Testificandum.  As grounds therefore, Mr.

Enwonwu states as follows:

1. On or about March 17, 2005, Mr. Enwonwu properly filed a Writ of Habeas Corpus petition.

2. On or about April 11, 2005, this Honorable Court allowed a Temporary Stay of Deportation pending an evidentiary hearing on the matter.

3. This Honorable Court scheduled said hearing for April 27, 2005 and asked that any relevant information be submitted a week before.

4. A Writ of Habeas Corpus *ad testificandum* is an ancient common-law writ

1

used to bring an incarcerated prisoner to court to testify in a cause on trial. Clark v. Hendrix, 397 F.Supp. 966 (D.C. Ga. 1975); see also Green v. U.S., 158 F.Supp. 804 (D. Mass. 1958); U.S. v. Hayman; 342 U.S. 205, 221, n. 35 (1952).

5.  Mr. Enwonwu's presence would allow this Honorable Court to better assess his claim since he is the main and perhaps only remaining witness that can attest to the facts and circumstances relating to the relationship established with the government as well as the life-threatening risks he would undergo were he to be deported back to Nigeria.

6.  Mr. Enwonwu recognizes that his humble request rests within the sound discretion of this Honorable Court and that the court alone could order require his custodian to transport him to and ensure his participation.

7.  The Government would also benefit from his appearance since it can cross-examine him at length and scrutinize his previously submitted entries.


WHEREFORE, the Petitioner respectfully requests this Honorable Court to

ALLOW his Writ of Habeas Corpus *ad testificandum*.


                              Respectfully submitted,
                              FRANK IGWEBUIKE ENWONWU,

                              By his attorney,


                              Robert B. Carmel-Montes, Esq.
                              The Carmel Law Group
                              One Center Plaza, Suite 240
                              Boston, MA  02108
                              Tel. 617.227.6355
                              BBO#: 639476

DATED:  4-21-05

<u>CERTIFICATE OF SERVICE</u>

I, Robert B. Carmel-Montes, Esq., do hereby certify that I have on this 21st day of April, 2005, served via first-class mail, postage prepaid, a true and accurate copy of the **Motion and Memorandum for Writ of Habeas ad testificandum** to:


**Frank Crowley**
**Special Assistant U.S. Attorney**
**Department of Homeland Security**
**P.O. Box 8728**
**JFK Station**
**Boston, MA  02114**


Signed under the pains and penalties of perjury.