UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANK IGWEBUIKE ENWONWU,     ) | |
| ) | |
| Petitioner,     ) | |
| ) | |
| v.     ) | Civil Action No. 05-10511-WGY |
| ) | |
| MICHAEL CHERTOFF, *et al.*     ) | |
| ) | |
| Respondents.     ) | |

## UNITED STATES RESPONSE TO THIS COURT'S ORDER REGARDING SUBSEQUENT ARRESTS

Pursuant to this Court's order, the United States reports that Joshua Adegoke Ogunniren and George Amarkwei Brock were arrested as a result of the controlled delivery in the Enwonwou matter. To the extent such is necessary, the United States is in possession of additional personal information that will not be electronically filed (unless so ordered by this Court) in accord with Local Rule 5.3.

    By his attorneys,
    MICHAEL J. SULLIVAN

    United States Attorney

    /s/ Mark J. Grady
    MARK J. GRADY
    Assistant U.S. Attorney
    U.S. Attorney's Office
    John Joseph Moakley U.S. Courthouse
    1 Courthouse Way, Suite 9200
    Boston, MA   02210
    Tel. No. (617) 748-3136