```
 1                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS
 2
                                         Civil Action
 3                                       No. 05-10511-WGY

 4    * * * * * * * * * * * * * * * * *
                                       *
 5    FRANK IGWEBUIKE ENWONWU,         *
                                       *
 6              Petitioner,            *

 7                                     *         HEARING
      v.                               *        (Volume 1)
 8                                     *
      MICHAEL CHERTOFF, SECRETARY      *
 9    OF DEPARTMENT OF HOMELAND        *
      SECURITY, et al.,                *
10                                     *
                Respondents.           *
11                                     *
      * * * * * * * * * * * * * * * * *
12
                  BEFORE:  The Honorable William G. Young,
13                           District Judge

14
      APPEARANCES:
15

16            THE CARMEL LAW GROUP (By Robert B.
          Carmel-Montes, Esq.), One Center Plaza, Suite 220,
17        Boston, Massachusetts 02108, on behalf of the
          Petitioner
18
              FRANK CROWLEY, Immigration and Customs
19        Enforcement, Department of Homeland Security,
          P.O. Box 8728 JFK Station, Boston, Massachusetts
20        02114
                   - and
21            MARK GRADY, Assistant United States
          Attorney, 1 Courthouse Way, Suite 9200, Boston,
22        Massachusetts 02210, on behalf of the Respondents

23
                                         1 Courthouse Way
24                                       Boston, Massachusetts

25                                       April 27, 2005
```

```
 1                          I N D E X

 2
      WITNESS:             DIRECT    CROSS     REDIRECT    RECROSS
 3

 4    HERBERT J. LEMON

 5      By Mr. Carmel-Montes  20                  48

 6      By Mr. Crowley                  34

 7
                                                  FOR        IN
 8      EXHIBITS:                                 I.D.      EVID.

 9

10       A     Report of Investigation . . . .  43

11       1     Certified Record of Frank Enwonwu . . .  58

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```