```
 1                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS
 2
                                        Civil Action
 3                                      No. 05-10511-WGY

 4    * * * * * * * * * * * * * * * * *
                                       *
 5    FRANK IGWEBUIKE ENWONWU,         *
                                       *
 6            Petitioner,              *

 7                                     *        HEARING
      v.                               *      (Volume 2)
 8                                     *
      MICHAEL CHERTOFF, SECRETARY      *
 9    OF DEPARTMENT OF HOMELAND        *
      SECURITY, et al.,                *
10                                     *
              Respondents.             *
11                                     *
      * * * * * * * * * * * * * * * * *
12
                 BEFORE:  The Honorable William G. Young,
13                               District Judge

14
      APPEARANCES:
15

16            THE CARMEL LAW GROUP (By Robert B.
         Carmel-Montes, Esq.), One Center Plaza, Suite 220,
17       Boston, Massachusetts 02108, on behalf of the
         Petitioner
18
              FRANK CROWLEY, Immigration and Customs
19       Enforcement, Department of Homeland Security,
         P.O. Box 8728 JFK Station, Boston, Massachusetts
20       02114
              - and
21            MARK GRADY, Assistant United States
         Attorney, 1 Courthouse Way, Suite 9200, Boston,
22       Massachusetts 02210, on behalf of the Respondents

23
                                        1 Courthouse Way
24                                      Boston, Massachusetts

25                                      April 29, 2005
```

1                        **I N D E X**

2

3    **WITNESS:**           **DIRECT**   **CROSS**   **REDIRECT**   **RECROSS**

4    ANTHONY J. PETTIGREW

5      By Mr. Carmel-Montes 5

6      By Mr. Crowley              20

7    FRANK ENWONWU

8      By Mr. Carmel-Montes 22

9      By Mr. Crowley              84

10
                                              **FOR**      **IN**
11       **EXHIBITS:**                        **I.D.**    **EVID.**

12

13   B    Frank Enwonwu Affidavit . . . . . . 25

14   2    Nigerian Country Report 2004 . . . . . . . . .  64

15   3    Associated Press Article . . . . . . . . . . .  67

16   4    Nigeria Digital Article . . . . . . . . . . . . 68

17   C    Decree No. 33 . . . . . . . . . . . . 70

18   D    Letter of Recommendation . . . . . . 72

19   5    Immigration Law Source Book Excerpt . . . . .  73

20   6    Transcript of Proceedings . . . . . . . . . .  81

21

22

23

24

25