```
 1                UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF MASSACHUSETTS
 2
                                         Civil Action
 3                                       No. 05-10511-WGY

 4   * * * * * * * * * * * * * * * * *
                                     *
 5   FRANK IGWEBUIKE ENWONWU,        *
                                     *
 6           Petitioner,             *

 7                                   *        HEARING
     v.                              *       (Volume 3)
 8                                   *
     MICHAEL CHERTOFF, SECRETARY     *
 9   OF DEPARTMENT OF HOMELAND       *
     SECURITY, et al.,               *
10                                   *
             Respondents.            *
11                                   *
     * * * * * * * * * * * * * * * * *
12
                BEFORE:  The Honorable William G. Young,
13                       District Judge

14
     APPEARANCES:
15

16           THE CARMEL LAW GROUP (By Robert B.
     Carmel-Montes, Esq.), One Center Plaza, Suite 220,
17   Boston, Massachusetts 02108, on behalf of the
     Petitioner
18
             FRANK CROWLEY, Immigration and Customs
19   Enforcement, Department of Homeland Security,
     P.O. Box 8728 JFK Station, Boston, Massachusetts
20   02114
             - and
21           MARK GRADY, Assistant United States
     Attorney, 1 Courthouse Way, Suite 9200, Boston,
22   Massachusetts 02210, on behalf of the Respondents

23
                                         1 Courthouse Way
24                                       Boston, Massachusetts

25                                       May 2, 2005
```

```
1                          I N D E X

2
    WITNESS:              DIRECT   CROSS    REDIRECT   RECROSS
3

4   FRANK ENWONWU, Resumed

5     By Mr. Crowley                 8

6     By Mr. Carmel-Montes                     31

7

8
                                              FOR        IN
9                                             I.D.      EVID.
       EXHIBITS:
10

11  E     Habeas Corpus Filing                  8

12  7     Habeas Corpus Filing                             9

13  F     Sworn Statement of Frank Enwonwu     9

14  8     Sworn Statement of Frank Enwonwu                10

15

16

17

18

19

20

21

22

23

24

25
```