```
 1                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS
 2
                                              Civil Action
 3                                            No. 05-10511-WGY

 4   * * * * * * * * * * * * * * * * *
                                      *
 5   FRANK IGWEBUIKE ENWONWU,         *
                                      *
 6             Petitioner,            *

 7                                    *     HEARING
     v.                               *     (Volume 4)
 8                                    *
     MICHAEL CHERTOFF, SECRETARY      *
 9   OF DEPARTMENT OF HOMELAND        *
     SECURITY, et al.,                *
10                                    *
               Respondents.           *
11                                    *
     * * * * * * * * * * * * * * * * *
12
               BEFORE:  The Honorable William G. Young,
13                          District Judge

14
     APPEARANCES:
15

16           THE CARMEL LAW GROUP (By Robert B.
         Carmel-Montes, Esq.), One Center Plaza, Suite 220,
17       Boston, Massachusetts 02108, on behalf of the
         Petitioner
18
             FRANK CROWLEY, Immigration and Customs
19       Enforcement, Department of Homeland Security,
         P.O. Box 8728 JFK Station, Boston, Massachusetts
20       02114
              - and
21           MARK GRADY, Assistant United States
         Attorney, 1 Courthouse Way, Suite 9200, Boston,
22       Massachusetts 02210, on behalf of the Respondents

23
                                         1 Courthouse Way
24                                       Boston, Massachusetts

25                                       May 3, 2005
```

```
 1                    I N D E X

 2

 3
                                               FOR       IN
 4       EXHIBITS:                             I.D.     EVID.
 5

 6   G    Resource Information Center Document   4

 7   H    Human Rights Watch Documents           6

 8   9    Government Authorization Card                   8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```