FRANK ENWONWU
400 Faunce Corner Road
North Dartmouth,
MA 02747
Inmate # 135336, Unit C-C
12-3-05

Clerk's Office
U.S. District Court for the
District of Massachusetts
U.S. Courthouse
One Courthouse Way
Boston MA 02210

RE:   Frank I. Enwonwu
Civil Docket No:   05cv10511-WGY

Dear Sir or Madam,
    Please send me the copy of the Court docket for the above case before it was transferred to the Court of Appeals.
    I need the copy for my records in the on going case.

Sincerely

By: Frank Enwonwu
Petitioner