400 Faunce Corner Road
North Dartmouth MA 02747
Inmate # 135336 Unit G-C
1-13-06

Clerk's Office,
U.S. District Court
District of Massachusetts
U.S. Courthouse
1 Courthouse Way Suite 2300
Boston, MA 02210.

RE: Civil Docket For Case #: 1:05-cv-10511-WGY

Application for Copies of Transcripts of Proceedings

Dear Sir,

Please send me the transcripts of Proceedings held in the above case held on the following days:

1. 4-27-05
2. 4-29-05
3. 5-02-05
4. 5-03-05

There is no mention in the docket sheet about any fees for these transcripts. If the Court is charging for the transcripts please send the bill to my sister, ADELINE AMAZU, 355 Medford Street, Somerville MA 02145. Please send the transcripts to my address in detention given above.

Sincerely

Frank Enwonwu